**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00032-CR

**LYDIA L. CURTIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82230-08**

## ORDER

The Court **DENIES** appellant's October 29, 203 pro se motion for extension of time to file motions, petitions, writs, reviews, and rehearings.

We **ORDER** the Clerk of the Court to send a copy of this order to Lydia L. Curtis, No. 178200, Collin County Detention Facility, 4300 Community Avenue, McKinney, Texas, 75071-2535.

/s/    DAVID L. BRIDGES
        JUSTICE